IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENNETH HART,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

OPINION and ORDER

26-cv-474-amb

---

Pursuant to a joint motion for remand filed by the parties on October 13, 2026, Dkt. 13, IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion.[1] Specifically, on remand, the Appeals Council will remand the case to an administrative law judge (ALJ). The ALJ should offer the claimant the opportunity for a hearing, proceed through the sequential disability evaluation process as appropriate, obtain supplemental vocational expert testimony if warranted, and issue a new decision.

Entered October 16, 2026.

BY THE COURT:

/s/

ANITA MARIE BOOR
Magistrate Judge

---

[1] The parties consented to jurisdiction by a U.S. magistrate judge, and the case was referred to the undersigned on August 20, 2026, to conduct all proceedings and order the entry of judgment. Dkt. 9.